**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6470

EDDIE THOMAS JACKSON,

Plaintiff - Appellant,

versus

RUSTY PARRISH, each in his personal and
official capacity; WILLIAM C. SIMMON, Sheriff,
each in his personal and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  C. Weston Houck, Senior District
Judge.  (CA-02-1756-8-12)

Submitted:  April 23, 2004            Decided:  May 14, 2004

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Thomas Jackson, Appellant Pro Se.  Andrew Foster McLeod,
HARRIS & MCLEOD, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Thomas Jackson appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Jackson v. Parrish</u>, No. CA-02-1756-8-12 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>